LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SONIA VENEGAS**, | ) Case No. 3:16-cv-00060-DMS-BGS |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF SETTLEMENT** |
| **MIDLAND CREDIT MANAGEMENT INC.** | ) |
| Defendant. | ) |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 21st day of April, 2016.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiffs

Filed electronically on this 21st day of April, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Dana M. Sabraw
United States District Court
Southern District of California

Thomas F Landers
Solomon Ward Seidenwurm & Smith, LLP

Mikaela Lauren Weber
Solomon Ward Seidenwurm & Smith LLP

This 21st day of April, 2016.

s/Todd M. Friedman
Todd M. Friedman