# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SONIA VENEGAS,** ) | Case No. 3:16-cv-00060-DMS-BGS |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| **MIDLAND CREDIT** ) | |
| **MANAGEMENT INC.,** ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that pursuant to the Joint Motion of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorney fees.

Dated this 23rd day of June, 2015.

_____
The Honorable Dana M. Sabraw